FILE COPY

RE: Case No. 15-0494                    DATE: 8/7/2015
COA #: 01-14-00998-CV    TC#: 2010-64487
STYLE: JOEL D. MALLORY
   v. J.P. MORGAN CHASE BANK, NA & CODILIS & STAWIARSKI LLC

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MR. CHRISTOPHER  PRINE
CLERK, FIRST COURT OF APPEALS
301 FANNIN
HOUSTON, TX  77002